UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR119-085 |
| | ) | |
| FRANKLIN JARIUS BROWN | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Shawn M. Merzlak** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Shawn M. Merzlak** be granted leave of absence for the following periods: **July 17, 2019 through July 22, 2019; July 27, 2019 through August 5, 2019.**

This 17th day of July, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA