FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2019 SEP 13 PM 2: 33

CLERK M. akw
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case Nos.: |
| | ) | |
| LEAVE OF ABSENCE REQUEST | ) | CR118-042, M. McNatt |
| HENRY W. SYMS, JR. | ) | CR118-089, T. Thomas |
| October 9, 2019 through October 11, 2019 | ) | CR119-005, N. Herrington |
| | ) | CR119-017, L. Finley, Jr. |
| | ) | CR119-026, J. Bogans |
| | ) | CR119-028, C. Devore |
| | ) | CR119-038, E. Smith, III |
| | ) | CR119-039, R. Williams |
| | ) | CR119-050, B. Whitehead |
| | ) | CR119-062, T. Comer |
| | ) | CR119-064, D. McFarlin |
| | ) | CR119-075, D. Shanks |
| | ) | CR119-082, M. McNatt |
| | ) | CR119-085, F. Brown |
| | ) | CR119-096, A. Brinson |
| | ) | CR119-101, D. Shanks |

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Henry W. Syms, Jr. for the dates of October 9, 2019 through October 11, 2019 for family vacation; same is hereby GRANTED.

This 13th day of September, 2019.

_____
CHIEF JUDGE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA