UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR119-085 |
| | ) | |
| FRANKLIN JARIUS BROWN | ) | |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

**Shawn M. Merzlak** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Shawn M. Merzlak** be granted leave of absence for the following periods: **February 13, 2020 through February 17, 2020 and July 22, 2020 through July 27, 2020.**

**SO ORDERED**, this the ____ day of January, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA